UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
____

S<small>TEVEN</small> F<small>LEMING</small>,

        Plaintiff,

        Case No. 2:20-cv-88

v.

        Honorable Paul L. Maloney

U<small>NKNOWN</small> M<small>C</small>M<small>AHON</small> et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  July 17, 2020          /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge